IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO ALEXANDER<br>HERNANDEZ (1),<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:21-cr-00065-LMM-RDC-1 |

## ORDER

On April 14, 2022, Defendant Hernandez made an Oral Motion to Appoint New Counsel. Upon due consideration, the motion is **GRANTED**. Accordingly, Attorney William Boyd Hollingsworth is terminated as counsel of record.

Saraliene Durrett is hereby appointed to represent Defendant Antonio Alexander Hernandez.

IT IS SO **ORDERED** on this 25th day of April, 2022.

_____
REGINA D. CANNON
United States Magistrate Judge